Charcholla v Channel 13 News (2025 NY Slip Op 00579)

Charcholla v Channel 13 News

2025 NY Slip Op 00579

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND KEANE, JJ.

897 CA 24-00215

[*1]DANIEL CHARCHOLLA, PLAINTIFF-APPELLANT,
v
CHANNEL 13 NEWS, ALSO KNOWN AS 13 WHAM, AND DEERFIELD MEDIA (ROCHESTER), INC., DEFENDANTS-RESPONDENTS. 

VIVEK J. THIAGARAJAN, ROCHESTER, FOR PLAINTIFF-APPELLANT. 
BALLARD SPAHR LLP, NEW YORK CITY (JACQUELYN N. SCHELL OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

 Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (Elena F. Cariola, J.), entered January 11, 2024. The order and judgment, among other things, granted the motion of defendants for summary judgment. 
It is hereby ORDERED that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court